# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. DIXON, | NO. CV 08-5080-CAS(CT) |
| Petitioner, | JUDGMENT |
| v. | |
| D. DEXTER, Warden, | |
| Respondent. | |

In this action, petitioner, a state prisoner, has filed his second federal petition for writ of habeas corpus in this court. The court has ordered that the petition be dismissed pursuant to 28 U.S.C. § 2244(b), because it is a successive petition, and there is no authorizing order from the United States Court of Appeals for the Ninth Circuit.

ACCORDINGLY, IT IS HEREBY ADJUDGED that this petition is denied and dismissed.

DATED: 8/12/08

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE